1  MᴄGREGOR W. SCOTT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO.  2:20-MJ-00058-DB |
|---|---|---|
| 12 | Plaintiff, | [PROPOSED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY |
| 13 | v. | HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| 14 | RUDY DIAZ DE LEON, | |
| 15 | Defendant. | DATE: March 31, 2020 TIME: 2:00 p.m. COURT: Hon. Edmund F. Brennan |
| 16 | | |

17

18      The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on March 27, 2020.

20  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21  demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22  5.1(d) of the Federal Rules of Criminal Procedure.

23      Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24  of justice served by granting this continuance outweigh the interests of the public and the defendant in a

25  speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not

26  adversely affect the public interest in the prompt disposition of criminal cases.

27      THEREFORE, FOR GOOD CAUSE SHOWN:

28      1.      The date of the preliminary hearing is extended to May 12, 2020, at 2:00 p.m.

[PROPOSED] FINDINGS AND ORDER                    1

2.      The time between March 31, 2020, and May 12, 2020, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.      The defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED:  March 30, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND ORDER

2