HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
RUDY DIAZ DE LEON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:20-CR-00072-TLN |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO ACCEPT** |
| | ) **ELECTRONIC SIGNATURES UNDER G.O. 616** |
| vs. | ) |
| | ) Date:   To Be Set |
| RUDY DIAZ DE LEON, | ) Time:  To Be Set |
| | ) Judge: Hon. Troy L. Nunley |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Sam Stefanki, Assistant United States Attorney, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Rudy Diaz De Leon, that the waiver of indictment and plea agreement in this matter may be signed by Mr. De Leon via electronic signature.

On April 15, 2020, Chief United States District Judge Kimberly J. Mueller issued General Order 616, "Consent and Signature Requirements on Documents Filed in Criminal Actions During the COVID-19 Public Emergency" ("G.O. 616"). For the reasons detailed in G.O. 616, defense counsel is authorized to electronically sign documents on her client's behalf using the format "/s/ name" if the following conditions are met:

1.     The defendant has had an opportunity to consult with counsel regarding the

matter;

2. The defendant consents to counsel's signing on the defendant's behalf; and

3. The judge presiding over the case makes a finding that "obtaining an actual signature is impracticable or imprudent in light of the public health situation relating to COVID-19."

All three conditions have been met here.  Therefore, the parties stipulate as follows, and respectfully request the Court to find that:

1. Mr. De Leon has had an opportunity to consult with undersigned defense counsel regarding accepting the Fast-Track plea agreement offer extended to him by the government, which would also require him to waive indictment and consent to proceed via an information;

2. Mr. De Leon consents to undersigned defense counsel signing the waiver of indictment and plea agreement on his behalf; and

3. In light of the COVID-19 pandemic, obtaining an actual signature from Mr. De Leon, who is currently incarcerated at the Sacramento County Jail, is both impracticable and imprudent.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 7, 2020            */s/  Christina Sinha*
                             CHRISTINA SINHA
                             Assistant Federal Defender
                             Attorneys for Defendant
                             RUDY DIAZ DE LEON


Date: May 7, 2020            MCGREGOR W. SCOTT
                             United States Attorney

                             */s/ Sam Stefanki*
                             SAM STEFANKI
                             Assistant United States Attorney
                             Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: May 7, 2020

Troy L. Nunley
United States District Judge