AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

**FILED**
May 12, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America )
v. )
) Case No. 2:20-cr-00072-TLN
)
RUDY DIAZ DE LEON )
*Defendant*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5/12/2020

/s/ Rudy Diaz De Leon
*Defendant's signature*

/s/ Christina Sinha
*Signature of defendant's attorney*

CHRISTINA SINHA
*Printed name of defendant's attorney*

Dated: May 12, 2020

/s/ Allison Claire
*Judge's signature*

Allison Claire, United States Magistrate Judge
*Judge's printed name and title*